## LESTER SCHWAB KATZ & DWYER, LLP
100 WALL STREET
NEW YORK, N.Y. 10005-3701
(212) 964-6611
FAX: (212) 267-5916

**JEFFREY A. PAYNE**
Writer's Direct Dial: (212) 341-4316
E-Mail: jpayne@lskdnylaw.com

**NEW JERSEY OFFICE**
500 Frank W. Burr Blvd
5th Floor, Suite 31
TEANECK, N.J. 07666
(973) 912-9501

February 12, 2024



*Via ECF*
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

*Attn:*  Honorable. Katherine Polk Failla

**Re:**  **Dennis Batista Nunez v. Kenneth Rantz, Jr., et al**
**Civil Docket No.:**  1:23-cv-08665

Dear Hon. Judge Failla:

On behalf of the Defendants, and in furtherance of the letter filed on January 24, 2024, please be advised that our office has now secured the death certificate for Defendant Kenneth Rantz, Jr., who recently passed away.

Kindly accept this letter as a request to stay the case pending the appointment of an administrator of Mr. Rantz' estate.

Thank you.

Respectfully submitted,

*s/Jeffrey A. Payne*
JEFFREY A. PAYNE

JAP:imr
4871-4803-0885
cc:

*Via ECF*
Cherney & Podolsky, PLLC
2681 E14th Street
Brooklyn, New York 11235
Attorneys for Plaintiff

Application GRANTED. The Court appreciates the above update. This case is hereby STAYED pending the appointment of an administrator of Mr. Rantz's estate. To that end, the conference scheduled for February 15, 2024, is hereby ADJOURNED *sine die*.

Defendants shall promptly notify the Court upon the appointment of the administrator, and thereafter move for the substitution of the administrator for Mr. Rantz pursuant to Federal Rule of Civil Procedure 25(a)(1).

The Clerk of Court is directed to terminate the pending motion at docket entry 17.

Dated:   February 12, 2024         SO ORDERED.
         New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE