UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS BATISTA NUNEZ,<br><br>                Plaintiff,<br><br>        -v.-<br><br>KENNETH W. RANTZ, JR., *doing business as* K W RANTZ TRUCKING, and JOHN DOE,<br><br>                Defendants. | 23 Civ. 8665 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On January 24, 2024, counsel for Defendant Kenneth W. Rantz, Jr. notified the Court that Mr. Rantz had passed away. (Dkt. #15). On February 12, 2024, counsel then moved to stay the above case pending the appointment of an administrator of Mr. Rantz's estate. (Dkt. #17). That same day, the Court granted the motion, adjourned a conference scheduled for February 15, 2024, and directed the Defendants to promptly notify the Court upon the appointment of an administrator. (Dkt. #18). Neither party has advised the Court of any recent updates. And efforts by the Court's staff to contact both parties have been unsuccessful.

Under Federal Rule of Civil Procedure 25(a)(1), if a motion for substitution of party "is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." It has now been over a year-and-a-half since defense counsel notified the Court of Mr. Rantz's passing. Accordingly, the Court dismisses Plaintiff's case against Mr. Rantz.

Further, the Court ORDERS Plaintiff to notify the Court whether it wishes to proceed with its case against the John Doe Defendant on or before **October 7, 2025**.

SO ORDERED.

Dated: September 23, 2025
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge